# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
       Plaintiff,

  v.                                     Case No. 12-CR-88

**MOHAMMED MAZHARUDDIN**
       **Defendant.**

## ORDER

Defendant having entered into a payment agreement with the Financial Litigation Unit, and for the reasons stated in the court's November 2, 2015 Order,

**IT IS ORDERED** that defendant's motion for early termination of probation (R. 304) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 9th day of November, 2015.

                                      /s Lynn Adelman
                                      LYNN ADELMAN
                                      District Judge